UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA MOJICA GRANADOS, *an individual*,<br><br>                     Plaintiff,<br><br>     vs.<br><br>NATIONAL DISTRIBUTION CENTERS, LLC, *a Delaware Limited Liability Company*; ALEX AGUIRRE, *an individual*; and DOES 1 through 100, inclusive,<br><br>                     Defendants. | CASE NO.:  2:24-cv-04933-DMG-JPR<br><br>*[Assigned to the Hon. Dolly M. Gee]*<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [19]** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: February 7, 2025

_____
DOLLY M. GEE
Chief United States District Judge